

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ABIR WOLF, | § | No. 08-19-00147-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| SALVADOR C. RAMIREZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV1155) |
| | § | |

# O R D E R

Pending before the Court is Appellee's motion to dismiss Appellant's request for the trial court to make findings of fact and conclusions of law. This is an appeal from a summary judgment granted in favor of Appellee. It is well established that findings of fact and conclusions of law have no place in a summary judgment proceeding. *Linwood v. NCNB Texas*, 885 S.W.2d 102, 103 (Tex. 1994). If summary judgment is proper, there are no facts to find, and the legal conclusions have already been stated in the motion and response. *IKB Industries v. Pro-Line Corporation*, 938 S.W.2d 440, 441 (Tex. 1997). Consequently, the trial court should not make, and an appellate court cannot consider, findings of fact in connection with a summary judgment. *IKB Industries*, 938 S.W.2d at 441. Even though the trial court should not make findings and we cannot consider them in deciding whether the trial court properly granted summary judgment, we are not authorized to "dismiss" Appellant's request for findings and conclusions. Accordingly, Appellee's motion is DENIED.

IT IS SO ORDERED this 1st day of August, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.